Commonwealth *v.* Christie, Appellant.

Argued October 2, 1928.

Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ.

*A. A. Christie,* praesentia personalis, for appellant.

No appearance and no printed brief for appellee.

PER CURIAM, December 13, 1928:

These appeals were presented in this court by the appellant in person; no representative of the Commonwealth appeared here against her and no brief was filed on its behalf. No purpose will be served by setting forth at length the grievances which appellant strongly presents in her brief. They raise questions of fact which were for the jury and we see no reason for interfering with its finding.

Judgment affirmed.